**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**MATTHEWS GASKINS** | **CASE NO. 2:22-CV-04414**

**VERSUS** | **JUDGE DAVID C. JOSEPH**

**STATE FARM FIRE & CASUALTY CO ET AL** | **MAGISTRATE JUDGE DAVID J. AYO**

# JUDGMENT

Before this Court is a MOTION TO DISMISS FOR FAILURE TO COMPLY WITH RULE 25 filed by Defendants State Farm Fire and Casualty Company, State Farm General Insurance Company, and State Farm Mutual Automobile Insurance Company. [Doc. 76]. This motion was referred to United States Magistrate David J. Ayo for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 84] is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendants' instant Motion to Dismiss for Failure to Comply with Rule 25 is GRANTED and that this matter is hereby DISMISSED without prejudice pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

THUS, DONE AND SIGNED in chambers on this 30th day of October 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE